NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UNITED STATES,**
*Plaintiff-Cross-Appellant*

**v.**

**AMERICAN HOME ASSURANCE COMPANY,**
*Defendant-Appellant*

**HARTFORD FIRE INSURANCE COMPANY,**
*Defendant*

———————————

2018-1960, 2018-2120

———————————

Appeals from the United States Court of International Trade in Nos. 1:09-cv-00401-RKE, 1:09-cv-00442-RKE, 1:09-cv-00491-RKE, 1:10-cv-00002-RKE, 1:10-cv-00003-RKE, 1:10-cv-00311-RKE, 1:11-cv-00206-RKE, Senior Judge Richard K. Eaton.

———————————

**JUDGMENT**

———————————

BEVERLY A. FARRELL, International Trade Field Office, Commercial Litigation Branch, Civil Division, United States Department of Justice, New York, NY, argued for plaintiff-cross-appellant. Also represented by EDWARD FRANCIS KENNY, AMY RUBIN; JOSEPH H. HUNT, JEANNE

DAVIDSON, Washington, DC; BRANDON ROGERS, Office of Assistant Chief Counsel, United States Customs and Border Protection, Indianapolis, IN.

HERBERT C. SHELLEY, Steptoe & Johnson, LLP, Washington, DC, argued for defendant-appellant. Also represented by MARK FREDERICK HORNING.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 6, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |